Dismissed and Memorandum Opinion filed July 21, 2005









Dismissed and Memorandum Opinion filed July 21, 2005.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-00067-CV

____________

 

WILLIAM WHITE,
Appellant

 

V.

 

LAWRENCE
THOMAS, Appellee

 



 

On Appeal from the County Court at Law No. 3

Galveston
County, Texas

Trial Court Cause No.
52,164

 



 

M E M O R A N D U M  O
P I N I O N

This is an appeal from a judgment signed January 3, 2005, in
an appeal from the Justice Court.  The
reporter=s record was filed March 2,
2005.  The clerk=s record was filed on April 12,
2005.  No brief was filed.

On June 23, 2005, this court issued an order stating that
unless appellant submitted his brief, together with a motion reasonably
explaining why the brief was late, on or before 
July 11, 2005, the court would dismiss the appeal for want of
prosecution.  See Tex. R. App. P. 42.3(b).  Appellant filed no response.








Accordingly, the appeal is ordered dismissed.

 

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed July 21, 2005.

Panel consists of Chief Justice
Hedges and Justices Fowler and Frost.